# EXHIBIT A

| "Licensed Use" Number | Exhibit Letter | Row Number | Plaintiff | Image Name | Image ID | Name of Publication | Imprint | Invoice Number | Invoice Date | Subject to Arbitration Provision | Subject to Contractual Damages Provision | Untimely Pursuant to Statute of Limitations | Subject to Tolling Agreement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A | 1 | Stephen J. Krasemann | Gray Kangaroos | 1s101843 | My First Book of Nature, How Living Things grow, by Dwight Kuhn; 1993 | Scholastic Magazines | 2796 | 6/30/93 | X | | X | |
| 2 | A | 2 | Stephen J. Krasemann | Gray Kangaroos | 1s101848 | My First Book of Nature, How Living Things grow, by Dwight Kuhn; 1993 | Scholastic Magazines | 2796 | 6/30/93 | X | | X | |
| 3 | A | 3 | Stephen J. Krasemann | African elephants | 1s902857 | My First Book of Nature, How Living Things grow, by Dwight Kuhn; 1993 | Scholastic Magazines | 2796 | 6/30/93 | X | | X | |
| 4 | A | 4 | Stephen J. Krasemann | African elephants | 1s904556 | My First Book of Nature, How Living Things grow, by Dwight Kuhn; 1993 | Scholastic Magazines | 2796 | 6/30/93 | X | | X | |
| 5 | A | 5 | Stephen J. Krasemann | Single dolphin | 1s900259 | My First Book of Nature, How Living Things grow, by Dwight Kuhn; 1993 | Scholastic Magazines | 2796 | 6/30/93 | X | | X | |
| 6 | A | 6 | Stephen J. Krasemann | Wildebeest with young | 1s902453 | Fur, Feathers, and Fins book; 1994 | Scholastic, Inc. | 3178 | 1/26/94 | X | | X | X |
| 7 | A | 7 | Stephen J. Krasemann | Black-footed ferret in grasses | 1s903270 | Educational Poster to accompany Literacy Place, Grade Four, "Managing Information" ESL; 1995 | Scholastic, Inc. IPG | 4303 | 9/27/95 | X | | X | |
| 8 | A | 8 | Stephen J. Krasemann | Bobcat (Felis rufus) kittens | 1s186504 | I Love Animals #1 book; available only through book clubs; 1995 | Scholastic, Inc. | 4359 | 10/25/95 | X | | X | |
| 9 | A | 9 | Stephen J. Krasemann | Dall's lamb | 1s101207 | I Love Animals #2 book; available only through book clubs; 1995 | Scholastic, Inc. | 4360 | 10/25/95 | X | | X | |
| 10 | A | 10 | Stephen J. Krasemann | Dall's sheep ram | 1s901488 | I Love Animals #2 book; available only through book clubs; 1995 | Scholastic, Inc. | 4360 | 10/25/95 | X | | X | |
| 11 | A | 11 | Stephen J. Krasemann | Sea otter in water | 1s904576 | Literacy Place, Grade 2, Module Cl; 1996 | Scholastic, Inc. | 4542 | 2/11/96 | X | | X | X |
| 12 | A | 12 | Stephen J. Krasemann | Sea otter in water with young | 1s902412 | Literacy Place, Grade 2, Module Cl; 1996 | Scholastic, Inc. | 4542 | 2/11/96 | X | | X | X |
| 13 | A | 13 | Stephen J. Krasemann | Sea otter with young grooming | 1s902396 | Literacy Place, Grade 2, Module Cl; 1996 | Scholastic, Inc. | 4542 | 2/11/96 | X | | X | X |
| 14 | A | 14 | Stephen J. Krasemann | Sea otter in water | 1s904576 | Literacy Place, Grade 2, Module Cl; 1996 | Scholastic, Inc. | 4542 | 2/11/96 | X | | X | X |
| 15 | A | 15 | Stephen J. Krasemann | Sea otter with young grooming | 1s902396 | Literacy Place, Grade 2, Module Cl; 1996 | Scholastic, Inc. | 4542 | 2/11/96 | X | | X | X |

| "Licensed Use" Number | Exhibit Letter | Row Number | Plaintiff | Image Name | Image ID | Name of Publication | Imprint | Invoice Number | Invoice Date | Subject to Arbitration Provision | Subject to Contractual Damages Provision | Untimely Pursuant to Statute of Limitations | Subject to Tolling Agreement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | A | 16 | Stephen J. Krasemann | Free tailed bats emerge from cave | 1s902841 | Literacy Place, Grade 2, Module Cl; 1996 | Scholastic, Inc. | 4542 | 2/11/96 | X | | X | X |
| 17 | A | 17 | Stephen J. Krasemann | Sea otter in water with young | 1s902412 | Literacy Place, Grade 2, Module Cl; 1996 | Scholastic, Inc. | 4542 | 2/11/96 | X | | X | X |
| 18 | A | 18 | Stephen J. Krasemann | American Oystercatcher | 1s162510 | Magic School Bus #4; 1996 | Scholastic, Inc. | 4601 | 3/15/96 | X | | X | X |
| 19 | A | 19 | Stephen J. Krasemann | Beaver Foot close-up | 1s161524 | Magic School Bus #3; 1996 | Scholastic, Inc. | 4602 | 3/15/96 | X | | X | X |
| 20 | A | 20 | Stephen J. Krasemann | Fireweed in Mountains | 1s107156 | Magic School Bus #5; Spring 1996 issue; 1996; 0590730924 | Scholastic, Inc. | 4621 | 4/3/96 | X | | X | X |
| 21 | A | 21 | Stephen J. Krasemann | Black-footed ferret in grasses | 1s903270 | Literacy Place, "American Animals in Danger"; 1996 | Scholastic, Inc. IPG | 4643 | 4/16/96 | X | | X | |
| 22 | A | 22 | Stephen J. Krasemann | Sea otter in water | 1s904576 | Scholastic News, "Let's Find Out", April 1996 issue; 1996 | Scholastic, Inc. | 4792 | 7/10/96 | X | | X | |
| 23 | A | 23 | Stephen J. Krasemann | Sea otter in water | 1s904576 | Scholastic News, "Let's Find Out", April 1996 issue; 1996 | Scholastic, Inc. | 4793 | 7/10/96 | X | | X | |
| 24 | A | 24 | Stephen J. Krasemann | Bottlenose dolphin | 1s902902 | Scholastic News, ed. 1, Vol. 52, No. 8, May 1996 issue; 1996 | Scholastic, Inc. | 4799 | 7/10/96 | X | | X | |
| 25 | A | 25 | Stephen J. Krasemann | Bottlenose dolphin | 1s902902 | Scholastic News, ed. 1, Vol. 52, No. 8, May 1996 issue; 1996 | Scholastic, Inc. | 4800 | 7/10/96 | X | | X | |
| 26 | A | 26 | Stephen J. Krasemann | Jackrabbit standing to feed | 1s903498 | The Magic School Bus #9; 1996 | Scholastic, Inc. | 4901 | 8/20/96 | X | | X | X |
| 27 | A | 27 | Stephen J. Krasemann | African elephant with newborn | 1s902642 | Wildlife Adventure Cards Annual, Deck A and C; 1996 | Grolier, Inc. | 5029 | 10/31/96 | X | | X | |
| 28 | A | 28 | Stephen J. Krasemann | Lynx on snow | 1s903282 | Wildlife Adventure Cards Annual, Deck A and C; 1996 | Grolier, Inc. | 5029 | 10/31/96 | X | | X | |
| 29 | A | 29 | Stephen J. Krasemann | Olive baboon (Papio Anubis) on log preening Africa | 1s902124 | Kratt's Creatures: Going Baboony; 1997 | Scholastic, Inc. | 5076 | 11/27/96 | X | | X | |
| 30 | A | 30 | Stephen J. Krasemann | Porcupine | 1s903062 | Amazing Animals, Scholastic Professional; 1996 | Scholastic, Inc. | 5091 | 12/12/96 | X | | X | |
| 31 | A | 31 | Stephen J. Krasemann | Polar bear (Thalarctos maritimus) | 1s904464 | Bears of the World Poster to accompany the Interactive Animal Kit: Bears product, Scholastic Professional; 1996 | Scholastic, Inc. | 5094 | 12/12/96 | X | | X | |
| 32 | A | 32 | Stephen J. Krasemann | Aerial of pack ice break-up Ellesmere Island Canada | 1s901873 | Big Science: Icy Habitats, Scholastic Professional; 1996 | Scholastic, Inc. | 5095 | 12/12/96 | X | | X | |

| "Licensed Use" Number | Exhibit Letter | Row Number | Plaintiff | Image Name | Image ID | Name of Publication | Imprint | Invoice Number | Invoice Date | Subject to Arbitration Provision | Subject to Contractual Damages Provision | Untimely Pursuant to Statute of Limitations | Subject to Tolling Agreement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | A | 33 | Stephen J. Krasemann | Unicorn Katydid (Copiphora rhinoceros) | 1s196987 | Pocket Chart, I Spy the Rainforest; 1996 | Scholastic, Inc. | 5096 | 12/12/96 | X | | X | |
| 34 | A | 34 | Stephen J. Krasemann | Elephants fighting | 1s902522 | Literacy Place, Grade 2, Module Cl; 1996 | Scholastic, Inc. IPG | 5187 | 2/5/97 | X | | X | |
| 35 | A | 35 | Stephen J. Krasemann | Sea otter in water | 1s904576 | Literacy Place, Literacy Place-Solares, Grade 2, Module MI, PE; 1997 | Scholastic, Inc. IPG | 5188 | 2/5/97 | X | | X | |
| 36 | A | 36 | Stephen J. Krasemann | Sea otter in water with young | 1s902412 | Literacy Place, Literacy Place-Solares, Grade 2, Module MI, PE; 1997 | Scholastic, Inc. IPG | 5188 | 2/5/97 | X | | X | |
| 37 | A | 37 | Stephen J. Krasemann | Sea otter with young grooming | 1s902396 | Literacy Place, Literacy Place-Solares, Grade 2, Module MI, PE; 1997 | Scholastic, Inc. IPG | 5188 | 2/5/97 | X | | X | |
| 38 | A | 38 | Stephen J. Krasemann | Free tailed bats emerge from cave | 1s902841 | Literacy Place, Literacy Place-Solares, Grade 2, Module MI, PE; 1997 | Scholastic, Inc. IPG | 5188 | 2/5/97 | X | | X | |
| 39 | A | 39 | Stephen J. Krasemann | Elephants fighting | 1s902522 | Literacy Place, Literacy Place-Solares, Grade 2, Module MI, PE; 1997 | Scholastic, Inc. IPG | 5188 | 2/5/97 | X | | X | |
| 40 | A | 40 | Stephen J. Krasemann | Free tailed bats emerge from cave | 1s902841 | Literacy Place, Literacy Place-Solares, Grade 2, Module MI, PE; 1997 | Scholastic, Inc. IPG | 5188 | 2/5/97 | X | | X | |
| 41 | A | 41 | Stephen J. Krasemann | Agouti foraging | 1s902955 | Groler, Inc., 1998 Science Annual; 1998 | Grolier Publishing | 5291 | 4/9/97 | X | | X | |
| 42 | A | 42 | Stephen J. Krasemann | Saguaro cactus | 1s112478 | Science Annual; 1998 | Grolier, Inc. | 5369 | 5/29/97 | X | | X | |
| 43 | A | 43 | Stephen J. Krasemann | Arctic fox in winter with snow covered grasses | 1s902871 | Emergent Readers Series, Who Lives in the Arctic?; 1997 | Scholastic, Inc. | 5689 | 12/3/97 | | | X | X |
| 44 | A | 44 | Stephen J. Krasemann | Ellesmere Island | 1s901884 | Emergent Readers Series, Who Lives in the Arctic?; 1997 | Scholastic, Inc. | 5689 | 12/3/97 | | | X | X |
| 45 | A | 45 | Stephen J. Krasemann | Beaver swimming in water | 1s905243 | Emergent Readers Series, Busy Beavers; 1997 | Scholastic, Inc. | 5691 | 12/3/97 | | | X | X |
| 46 | A | 46 | Stephen J. Krasemann | Aerial of snow covered Bagley icefield Alaska | 1s901893 | Emergent Readers Series, Arctic Winter/Arctic Summer; 1997 | Scholastic, Inc. | 5698 | 12/3/97 | | | X | X |
| 47 | A | 47 | Stephen J. Krasemann | Aerial of snow covered Bagley icefield Alaska | 1s901893 | Emergent Readers Series, Arctic Winter/Arctic Summer; 1997 | Scholastic, Inc. | 5698 | 12/3/97 | | | X | X |

| "Licensed Use" Number | Exhibit Letter | Row Number | Plaintiff | Image Name | Image ID | Name of Publication | Imprint | Invoice Number | Invoice Date | Subject to Arbitration Provision | Subject to Contractual Damages Provision | Untimely Pursuant to Statute of Limitations | Subject to Tolling Agreement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | A | 48 | Stephen J. Krasemann | Late Autumn Snow near Toklat | 1s238354 | Emergent Readers Series, Arctic Winter/Arctic Summer; 1997 | Scholastic, Inc. | 5698 | 12/3/97 | | | X | X |
| 49 | A | 49 | Stephen J. Krasemann | Snowshoe hare in mossy forest | 1s902859 | Emergent Readers Series, Arctic Winter/Arctic Summer; 1997 | Scholastic, Inc. | 5698 | 12/3/97 | | | X | X |
| 50 | A | 50 | Stephen J. Krasemann | Polar Bear Sow and Cub (Ursus maritimus) | 1s197645 | Emergent Readers Series, Polar Bears; 1997 | Scholastic, Inc. | 5703 | 12/3/97 | | | X | X |
| 51 | A | 51 | Stephen J. Krasemann | Polar bear resting at breathing hole | 1s903132 | Emergent Readers Series, Polar Bears; 1997 | Scholastic, Inc. | 5703 | 12/3/97 | | | X | X |
| 52 | A | 52 | Stephen J. Krasemann | Polar bears wrestling on snow Hudson Bay Canada | 1s904655 | Emergent Readers Series, Polar Bears; 1997 | Scholastic, Inc. | 5703 | 12/3/97 | | | X | X |
| 53 | A | 53 | Stephen J. Krasemann | Bald-Faced Hornet Queen | 1s103619 | New Book of Popular Science, Vol. #4; 1998 | Grolier Publishing | 5801 | 1/28/98 | | | X | |
| 54 | A | 54 | Stephen J. Krasemann | Pheasant on snow | 1s905176 | New Book of Popular Science, Vol. #4; 1998 | Grolier Publishing | 5801 | 1/28/98 | | | X | |
| 55 | A | 55 | Stephen J. Krasemann | Wild turkeys (Meleagris gallopavo) tom | 1s204244 | New Book of Popular Science, Vol. #4; 1998 | Grolier Publishing | 5801 | 1/28/98 | | | X | |
| 56 | A | 56 | Stephen J. Krasemann | Saguaro cactus | 1s112478 | New Book of Popular Science, Vol. #4; 1998 | Grolier Publishing | 5819 | 2/10/98 | | | X | |
| 57 | A | 57 | Stephen J. Krasemann | African elephant with newborn | 1s902642 | Disney's First Yearbook; 1998 | Grolier, Inc. | 5950 | 4/23/98 | | | X | |
| 58 | A | 58 | Stephen J. Krasemann | Lioness chasing zebra herd | 1s902174 | Phonics Chapter Books; 1998 | Kirchoff/Wohlberg, Inc. | 5977 | 5/13/98 | | | X | X |
| 59 | A | 59 | Stephen J. Krasemann | Lion Cubs (Panthera leo) in rain | 1s159077 | Phonics Chapter Books; 1998 | Kirchoff/Wohlberg, Inc. | 5977 | 5/13/98 | | | X | X |
| 60 | A | 60 | Stephen J. Krasemann | Bobcat yawning | 1s904185 | Who Beats the Heat?; 1998 | Scholastic, Inc. | 6068 | 7/22/98 | | | X | X |
| 61 | A | 61 | Stephen J. Krasemann | Wild Mountain Lion drinking | 1s116167 | Who Beats the Heat?; 1998 | Scholastic, Inc. | 6068 | 7/22/98 | | | X | X |
| 62 | A | 62 | Stephen J. Krasemann | Newborn whitetail fawn with mother | 1s904252 | Animal Babies Learn; 1998 | Scholastic, Inc. | 6073 | 7/22/98 | | | X | X |
| 63 | A | 63 | Stephen J. Krasemann | Emperor Goose on nest | 1s266694 | Birds; 1998 | Scholastic, Inc. | 6086 | 7/22/98 | | | X | X |

| "Licensed Use" Number | Exhibit Letter | Row Number | Plaintiff | Image Name | Image ID | Name of Publication | Imprint | Invoice Number | Invoice Date | Subject to Arbitration Provision | Subject to Contractual Damages Provision | Untimely Pursuant to Statute of Limitations | Subject to Tolling Agreement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 64 | A | 64 | Stephen J. Krasemann | Limpkin with apple snail in beak Florida | 1s903947 | Wildlife Adventure Card; 1996 | Grolier, Inc. | 6102 | 2/4/99 | | | X | |
| 65 | A | 65 | Stephen J. Krasemann | Viper mimic caterpillar feeding on leaves - relaxed | 1s902891 | Kratts' Creatures: Wacky Animal Facts; 1998 | Scholastic, Inc | 6205 | 10/15/98 | | | X | |
| 66 | A | 66 | Stephen J. Krasemann | Saguaro cactus | 1s112478 | Encyclopedia publication titled Lands & Peoples; 1999 | Grolier, Inc. | 6378 | 2/4/99 | | | X | |
| 67 | A | 67 | Stephen J. Krasemann | Lynx on snow | 1s903282 | Pictures & Words - Animals; 1999 | Grolier, Inc. | 6686 | 9/3/99 | | | X | |
| 68 | A | 68 | Stephen J. Krasemann | Alligator sunning Florida | 1s904666 | Wildlife Card; 1999 | Grolier, Inc. | 6699 | 9/15/99 | | | X | |
| 69 | A | 69 | Stephen J. Krasemann | Caribou | 1s183525 | New Book of Knowledge 2000; 2000 | Grolier, Inc. | 6824 | 11/3/99 | | | X | |
| 70 | A | 70 | Stephen J. Krasemann | Newborn whitetail fawn with mother | 1s904252 | Baby Animals Learn; 2000 | Grolier, Inc. | 6913 | 1/9/00 | | X | X | X |
| 71 | A | 71 | Stephen J. Krasemann | Collared Peccary (also known as Javelina) | 1s204404 | Science Annual 2001; 2001 | Scholastic, Inc. | 7142 | 7/20/00 | | X | X | |
| 72 | A | 72 | Stephen J. Krasemann | Caribou | 1s183525 | Lands & People 2001; 2001 | Grolier, Inc. | 7547 | 3/19/01 | | X | X | X |
| 73 | A | 73 | Stephen J. Krasemann | African elephant with newborn calf Kenya | 1s903430 | New Book of Popular Science 2002; 2002 | Grolier, Inc. | 7812 | 10/25/01 | | X | X | X |
| 74 | A | 74 | Stephen J. Krasemann | White Trillium (Trillium grandflorum) | 1s182679 | New Book of Popular Science 2002; 2002 | Grolier, Inc. | 7812 | 10/25/01 | | X | X | X |
| 75 | A | 75 | Stephen J. Krasemann | Black bear in brown phase coloring | 1s904577 | Let's Find Out, Science, Vol. 37, No. 3, PE & TE; 2002 | Scholastic, Inc. | 8332 | 11/6/02 | | X | X | X |
| 76 | A | 76 | Stephen J. Krasemann | Black bear in brown phase coloring | 1s904577 | Let's Find Out, Science, Vol. 37, No. 3, PE & TE; 2002 | Scholastic, Inc. | 8332 | 11/6/02 | | X | X | X |
| 77 | A | 77 | Stephen J. Krasemann | Red fox in winter with falling snow | 1s904245 | Let's Find Out, Science, Vol. 37, No. 3, PE & TE; 2002 | Scholastic, Inc. | 8332 | 11/6/02 | | X | X | X |
| 78 | A | 78 | Stephen J. Krasemann | African elephant with newborn calf Kenya | 1s902643 | New Book of Knowledge Annual 2003; 2003 | Grolier, Inc. | 8530 | 4/30/03 | | X | X | X |

| "Licensed Use" Number | Exhibit Letter | Row Number | Plaintiff | Image Name | Image ID | Name of Publication | Imprint | Invoice Number | Invoice Date | Subject to Arbitration Provision | Subject to Contractual Damages Provision | Untimely Pursuant to Statute of Limitations | Subject to Tolling Agreement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 79 | A | 79 | Stephen J. Krasemann | African elephant with newborn calf Kenya | 1s902643 | New Book of Knowledge Annual 2003; 2003 | Grolier, Inc. | 8530 | 4/30/03 | | X | X | X |
| 80 | A | 80 | Stephen J. Krasemann | Rhino and cattle egret Africa | 1s903503 | New Book of Knowledge Annual 2003; 2003 | Grolier, Inc. | 8530 | 4/30/03 | | X | X | X |
| 81 | A | 81 | Stephen J. Krasemann | Rhino and cattle egret Africa | 1s903503 | New Book of Knowledge Annual 2003; 2003 | Grolier, Inc. | 8530 | 4/30/03 | | X | X | X |
| 82 | A | 82 | Stephen J. Krasemann | Rhino and cattle egret Africa | 1s903503 | Disney Yearbook 2004; 2004 | Grolier, Inc. | 8669 | 4/30/03 | | X | X | X |
| 83 | A | 83 | Stephen J. Krasemann | Rhino and cattle egret Africa | 1s903503 | Disney Yearbook 2004; 2004 | Grolier, Inc. | 8669 | 4/30/03 | | X | X | X |
| 84 | A | 84 | Stephen J. Krasemann | Rhino and cattle egret Africa | 1s903503 | Disney Yearbook 2004; 2004 | Grolier, Inc. | 8669 | 4/30/03 | | X | X | X |
| 85 | A | 85 | Stephen J. Krasemann | Stampeding caribou herd | 1s901295 | Scholastic News, 1/e, Oct 2003, Scholastic News, 2/3, Oct 2003, and BIG Scholastic News, Oct 2003, PE & TE; 2003 | Scholastic, Inc. | 8758 | 1/8/04 | | X | X | X |
| 86 | A | 86 | Stephen J. Krasemann | Stampeding caribou herd | 1s901295 | Digital reproduction rights only for publication on one Scholastic, Inc. operated website in the Web Ed. Of the Oct 2003 issue of Scholastic News 1, to run actively on the website for thirty days beginning Oct 1, 2004, and are then archived on the website until Aug 31, 2004 | Scholastic, Inc. | 8801 | 1/8/04 | | X | X | X |
| 87 | A | 87 | Stephen J. Krasemann | Beaver teeth close up | 1s904664 | Scholastic News, 1/e, Feb 2004, PE & TE, and Scholastic News, 2/e, Feb 2004, PE & TE; 2004 | Scholastic, Inc. | 8843 | 4/13/04 | | X | X | X |
| 88 | A | 88 | Stephen J. Krasemann | Beaver teeth close up | 1s904664 | Scholastic News, 1/e, Feb 2004, PE & TE, and Scholastic News, 2/e, Feb 2004, PE & TE; 2004 | Scholastic, Inc. | 8843 | 4/13/04 | | X | X | X |
| 89 | A | 89 | Stephen J. Krasemann | Beaver teeth close up | 1s904664 | Scholastic News, 1/e, Feb 2004, PE & TE, and Scholastic News, 2/e, Feb 2004, PE & TE; 2004 | Scholastic, Inc. | 8843 | 4/13/04 | | X | X | X |
| 90 | A | 90 | Stephen J. Krasemann | Beaver teeth close up | 1s904664 | Scholastic News, 1/e, Feb 2004, PE & TE, and Scholastic News, 2/e, Feb 2004, PE & TE; 2004 | Scholastic, Inc. | 8843 | 4/13/04 | | X | X | X |
| 91 | A | 91 | Stephen J. Krasemann | Sandpiper tracks | 1s137133 | Tracks in the Sand; 2004 | Scholastic, Inc. | 8944 | 8/24/04 | | X | X | X |
| 92 | A | 92 | Stephen J. Krasemann | Sandpiper tracks | 1s104795 | Tracks in the Sand; 2004 | Scholastic, Inc. | 8944 | 8/24/04 | | X | X | X |

| "Licensed Use" Number | Exhibit Letter | Row Number | Plaintiff | Image Name | Image ID | Name of Publication | Imprint | Invoice Number | Invoice Date | Subject to Arbitration Provision | Subject to Contractual Damages Provision | Untimely Pursuant to Statute of Limitations | Subject to Tolling Agreement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 93 | A | 93 | Stephen J. Krasemann | Beaver teeth close up | 1s904664 | Let's Find Out, Science, Feb 2005, Vol. 39, No. 5 issue, PE & TE; 2005 | Scholastic, Inc. | 9053 | 2/23/05 | | X | X | X |
| 94 | A | 94 | Stephen J. Krasemann | Beaver teeth close up | 1s904664 | Let's Find Out, Science, Feb 2005, Vol. 39, No. 5 issue, PE & TE; 2005 | Scholastic, Inc. | 9053 | 2/23/05 | | X | X | X |
| 95 | A | 95 | Stephen J. Krasemann | Beaver teeth close up | 1s904664 | Let's Find Out, Science, Feb 2005, Vol. 39, No. 5 issue, PE & TE; 2005 | Scholastic, Inc. | 9053 | 2/23/05 | | X | X | X |
| 96 | A | 96 | Stephen J. Krasemann | Stampeding caribou herd | 1s901295 | Non Fiction Passages; 2005 | Scholastic, Inc. | 9528 | 10/31/05 | | X | X | X |
| 97 | A | 97 | Stephen J. Krasemann | Barren ground caribou | 1s900075 | New Book of Knowledge Annual 2009; 2009 | Scholastic Library Publishing | 9851 | 1/13/09 | | X | | X |
| 98 | A | 98 | Stephen J. Krasemann | Arctic fox on snow with stream | 1s904133 | New Book of Knowledge Annual 2009; 2009 | Scholastic Library Publishing | 9851 | 1/13/09 | | X | | X |
| 99 | A | 99 | Stephen J. Krasemann | Beaver teeth close up | 1s904664 | Clifford Magazine, February 2009 both standard and big editions, National PE; 2008 | Scholastic, Inc. | 9970 | 3/3/10 | | X | | X |
| 100 | B | 1 | Darrell G. Gulin | Fresh snow on Cottonwoods and Firs | 1s225974 | Emergent Readers Series, Evergreens are Green; 1997 | Scholastic, Inc. | 5687 | 12/3/97 | | | X | X |
| 101 | B | 2 | Darrell G. Gulin | Claret cup cactus in bloom | 1s223843 | Colors in the Desert; 1998 | Scholastic, Inc. | 6067 | 7/22/98 | | | X | X |
| 102 | B | 3 | Darrell G. Gulin | Paintbrush in bright red | 1s225892 | Colors in the Desert; 1998 | Scholastic, Inc. | 6067 | 7/22/98 | | | X | X |
| 103 | B | 4 | Darrell G. Gulin | California Poppies and Heliotrope | 1s229691 | Colors in the Desert; 1998 | Scholastic, Inc. | 6067 | 7/22/98 | | | X | X |
| 104 | B | 5 | Darrell G. Gulin | Yucca and Blue Bonnets | 1s229580 | Colors in the Desert; 1998 | Scholastic, Inc. | 6067 | 7/22/98 | | | X | X |
| 105 | B | 6 | Darrell G. Gulin | Sunflower and Sand verbana | 1s229700 | Colors in the Desert; 1998 | Scholastic, Inc. | 6067 | 7/22/98 | | | X | X |
| 106 | B | 7 | Darrell G. Gulin | Mallard drakes. Iris and Lily pads | 1s846504 | Where do Birds Live?; 1998 | Scholastic, Inc. | 6072 | 7/22/98 | | | X | X |
| 107 | B | 8 | Darrell G. Gulin | Mallard drakes. Iris and Lily pads | 1s846504 | Where do Birds Live?; 1998 | Scholastic, Inc. | 6072 | 7/22/98 | | | X | X |
| 108 | B | 9 | Darrell G. Gulin | Caribou bulls in fresh snow. Denali National Park Alaska | 1s225216 | Wildlife Card; 1999 | Grolier, Inc. | 6699 | 9/15/99 | | | X | |

| "Licensed Use" Number | Exhibit Letter | Row Number | Plaintiff | Image Name | Image ID | Name of Publication | Imprint | Invoice Number | Invoice Date | Subject to Arbitration Provision | Subject to Contractual Damages Provision | Untimely Pursuant to Statute of Limitations | Subject to Tolling Agreement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 109 | B | 10 | Darrell G. Gulin | Starfish and anemones. Rialto Beach | 1s223832 | New Book of Knowledge 2001; 2001 | Grolier, Inc. | 7356 | 11/13/00 | | X | X | X |
| 110 | B | 11 | Darrell G. Gulin | Starfish and anemones. Rialto Beach | 1s223832 | New Book of Knowledge 2001; 2001 | Grolier, Inc. | 7356 | 11/13/00 | | X | X | X |
| 111 | B | 12 | Darrell G. Gulin | Urchin and starfish. Cape Arago State Park Oregon coast | 1s846010 | New Book of Popular Science 2002; 2002 | Grolier, Inc. | 7812 | 10/25/01 | | X | X | X |
| 112 | B | 13 | Darrell G. Gulin | Claret cup cactus in bloom | 1s223843 | Colors in the Desert; 2003 | Scholastic, Inc. | 9341 | 4/10/06 | | X | X | X |
| 113 | B | 14 | Darrell G. Gulin | Paintbrush in bright red | 1s225892 | Colors in the Desert; 2003 | Scholastic, Inc. | 9341 | 4/10/06 | | X | X | X |
| 114 | B | 15 | Darrell G. Gulin | California Poppies and Heliotrope | 1s229691 | Colors in the Desert; 2003 | Scholastic, Inc. | 9341 | 4/10/06 | | X | X | X |
| 115 | B | 16 | Darrell G. Gulin | Yucca and Blue Bonnets | 1s229580 | Colors in the Desert; 2003 | Scholastic, Inc. | 9341 | 4/10/06 | | X | X | X |
| 116 | B | 17 | Darrell G. Gulin | Sunflower and Sand verbana | 1s229700 | Colors in the Desert; 2003 | Scholastic, Inc. | 9341 | 4/10/06 | | X | X | X |
| 117 | B | 18 | Darrell G. Gulin | Claret cup cactus in bloom | 1s223843 | Colors in the Desert; 2006 | Scholastic, Inc. | 9381 | 5/25/06 | | X | X | X |
| 118 | B | 19 | Darrell G. Gulin | Paintbrush in bright red | 1s225892 | Colors in the Desert; 2006 | Scholastic, Inc. | 9381 | 5/25/06 | | X | X | X |
| 119 | B | 20 | Darrell G. Gulin | California Poppies and Heliotrope | 1s229691 | Colors in the Desert; 2006 | Scholastic, Inc. | 9381 | 5/25/06 | | X | X | X |
| 120 | B | 21 | Darrell G. Gulin | Yucca and Blue Bonnets | 1s229580 | Colors in the Desert; 2006 | Scholastic, Inc. | 9381 | 5/25/06 | | X | X | X |
| 121 | B | 22 | Darrell G. Gulin | Sunflower and Sand verbana | 1s229700 | Colors in the Desert; 2006 | Scholastic, Inc. | 9381 | 5/25/06 | | X | X | X |
| 122 | B | 23 | Darrell G. Gulin | Claret cup cactus in bloom | 1s223843 | Colors in the Desert; 2009 | Scholastic, Inc. | 9842 | 1/13/09 | | X | | X |
| 123 | B | 24 | Darrell G. Gulin | Paintbrush in bright red | 1s225892 | Colors in the Desert; 2009 | Scholastic, Inc. | 9842 | 1/13/09 | | X | | X |
| 124 | B | 25 | Darrell G. Gulin | California Poppies and Heliotrope | 1s229691 | Colors in the Desert; 2009 | Scholastic, Inc. | 9842 | 1/13/09 | | X | | X |
| 125 | B | 26 | Darrell G. Gulin | Yucca and Blue Bonnets | 1s229580 | Colors in the Desert; 2009 | Scholastic, Inc. | 9842 | 1/13/09 | | X | | X |

| "Licensed Use" Number | Exhibit Letter | Row Number | Plaintiff | Image Name | Image ID | Name of Publication | Imprint | Invoice Number | Invoice Date | Subject to Arbitration Provision | Subject to Contractual Damages Provision | Untimely Pursuant to Statute of Limitations | Subject to Tolling Agreement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 126 | B | 27 | Darrell G. Gulin | Sunflower and Sand verbana | 1s229700 | Colors in the Desert; 2009 | Scholastic, Inc. | 9842 | 1/13/09 | | X | | X |
| 127 | C | 1 | Johnny Johnson | Grizzly bear cub (Ursus arctos) | 1s183915 | New Book of Knowledge "Animal Weapons" Article; 1995 | Grolier, Inc. | 3754 | 11/17/94 | X | | X | |
| 128 | C | 2 | Johnny Johnson | Grizzly bear cub (Ursus arctos) | 1s183915 | New Book of Knowledge "Animal Weapons" Article; 1995 | Grolier, Inc. | 3754 | 11/17/94 | X | | X | |
| 129 | C | 3 | Johnny Johnson | Grizzly bear sow with yealing cubs | 1s847142 | Magic School Bus #5, Spring 1996 issue; 1996 | Scholastic, Inc. | 4621 | 4/3/96 | X | | X | X |
| 130 | C | 4 | Johnny Johnson | Grizzly bear sow with yealing cubs | 1s847142 | Magic School Bus #5, Spring 1996 issue; 1996 | Scholastic, Inc. | 4621 | 4/3/96 | X | | X | X |
| 131 | C | 5 | Johnny Johnson | King penguin (Aptenodytes patagonica) | 1s193187 | I Love Animals #4; 1996 | Scholastic, Inc. | 4714 | 5/9/96 | X | | X | |
| 132 | C | 6 | Johnny Johnson | African elephant (Loxodanta Africana) eats | 1s212816 | Kratt's Creatures: Off to Elephant School, Children's; 1996 | Scholastic, Inc. | 4975 | 10/10/96 | X | | X | |
| 133 | C | 7 | Johnny Johnson | Lions (Panthera leo) females in tree | 1s217667 | The Magic School Bus #11; 1996 | Scholastic, Inc. | 5045 | 11/13/96 | X | | X | X |
| 134 | C | 8 | Johnny Johnson | Lions (Panthera leo) females in tree | 1s217667 | The Magic School Bus #11; 1996 | Scholastic, Inc. | 5045 | 11/13/96 | X | | X | X |
| 135 | C | 9 | Johnny Johnson | Grizzly bear cub (Ursus arctos) | 1s183915 | Disney Yearbook Announcement Letter; 1997 | Grolier, Inc. | 5060 | 11/13/96 | X | | X | |
| 136 | C | 10 | Johnny Johnson | Polar bear (Thalarctos maritimus) | 1s236001 | Polar Bear Poster to accompany the Interactive Animal Kit: Bears product, Scholastic Professional; 1996 | Scholastic, Inc. | 5093 | 12/12/96 | X | | X | |
| 137 | C | 11 | Johnny Johnson | Grizzly bear cub (Ursus arctos) | 1s183915 | Disney Bookclub Annual Yearbook; 1997 | Grolier, Inc. | 5178 | 1/29/97 | X | | X | |
| 138 | C | 12 | Johnny Johnson | Red salmon returns to spawning grounds | 1s189568 | The Magic School Bus #17, Children's Magazine Publciation; 1997 | Scholastic, Inc. | 5363 | 5/29/97 | X | | X | |
| 139 | C | 13 | Johnny Johnson | Humpback whale (Megaptera novaeangliae) breach | 1s217956 | Emergent Readers Series, Who Lives in the Arctic?; 1997 | Scholastic, Inc. | 5689 | 12/3/97 | | | X | X |

| "Licensed Use" Number | Exhibit Letter | Row Number | Plaintiff | Image Name | Image ID | Name of Publication | Imprint | Invoice Number | Invoice Date | Subject to Arbitration Provision | Subject to Contractual Damages Provision | Untimely Pursuant to Statute of Limitations | Subject to Tolling Agreement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 140 | C | 14 | Johnny Johnson | Snowfall – early winter | 1s233052 | Emergent Readers Series, Storms; 1997 | Scholastic, Inc. | 5692 | 12/3/97 | | | X | X |
| 141 | C | 15 | Johnny Johnson | Arctic fox (Alopex lagopus) pup | 1s186831 | Emergent Readers Series, Arctic Winter/Arctic Summer; 1997 | Scholastic, Inc. | 5698 | 12/3/97 | | | X | X |
| 142 | C | 16 | Johnny Johnson | Emperor penguin (Aptenodytes forsteri) toboggans | 1s239355 | This Bird Can't Fly; 1998 | Scholastic, Inc. | 6071 | 7/22/98 | | | X | X |
| 143 | C | 17 | Johnny Johnson | Adelie Penguin dives off ice at Laurie Island | 1s233690 | This Bird Can't Fly; 1998 | Scholastic, Inc. | 6071 | 7/22/98 | | | X | X |
| 144 | C | 18 | Johnny Johnson | King penguin (Aptenodytes patagonicus) trumpeting behavior | 1s218366 | This Bird Can't Fly; 1998 | Scholastic, Inc. | 6071 | 7/22/98 | | | X | X |
| 145 | C | 19 | Johnny Johnson | Snowfall – early winter | 1s233052 | Let's Find Out | Scholastic, Inc. | 6359 | 1/14/99 | | | X | |
| 146 | C | 20 | Johnny Johnson | Snowfall – early winter | 1s233052 | Let's Find Out | Scholastic, Inc. | 6359 | 1/14/99 | | | X | |
| 147 | C | 21 | Johnny Johnson | Emperor penguin (Aptenodytes forsteri) with chick | 1s239571 | Wildlife Card; 1999 | Grolier, Inc. | 6699 | 9/15/99 | | | X | |
| 148 | C | 22 | Johnny Johnson | Snowfall – early winter | 1s233052 | Let's Find Out; 2000 | Scholastic, Inc. | 7479 | 1/31/01 | | X | X | |
| 149 | C | 23 | Johnny Johnson | Snowfall – early winter | 1s233052 | Let's Find Out; 2000 | Scholastic, Inc. | 7479 | 1/31/01 | | X | X | |
| 150 | C | 24 | Johnny Johnson | Emperor penguin (Aptenodytes forsteri) colony | 1s286571 | Let's Find Out; 2001 | Scholastic, Inc. | 7572 | 3/22/01 | | X | X | |
| 151 | C | 25 | Johnny Johnson | Snowfall – early winter | 1s233052 | Let's Find Out, People & Places; 2001 | Scholastic, Inc. | 7714 | 7/13/01 | | X | X | |
| 152 | C | 26 | Johnny Johnson | African elephant (Loxodonta Africana) | 1s217644 | Let's Find Out, Poster, Vol. 37, No. 4, TE; 2003 | Scholastic, Inc. | 8374 | 12/4/02 | | X | X | X |
| 153 | C | 27 | Johnny Johnson | Beaver (Castor canadensis) eats willow twig | 1s178275 | Let's Find Out, Science, Mar 2003, Vol. 37, No. 6, issue, PE & TE; 2003 | Scholastic, Inc. | 8491 | 3/26/03 | | X | X | X |

| "Licensed Use" Number | Exhibit Letter | Row Number | Plaintiff | Image Name | Image ID | Name of Publication | Imprint | Invoice Number | Invoice Date | Subject to Arbitration Provision | Subject to Contractual Damages Provision | Untimely Pursuant to Statute of Limitations | Subject to Tolling Agreement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 154 | C | 28 | Johnny Johnson | Beaver (Castor Canadensis) carries twig | 1s202438 | Let's Find Out, Science, Mar 2003, Vol. 37, No. 6, issue, PE & TE; 2003 | Scholastic, Inc. | 8491 | 3/26/03 | | X | X | X |
| 155 | C | 29 | Johnny Johnson | Emperor penguins (Aptenodytes forsteri) travel | 1s286587 | Scholastic News, 1/e, Jan 2004 issue, PE & TE, and Scholastic News 1/e, Big Book, Jan 2004 issue, PE & TE; 2004 | Scholastic, Inc. | 8939 | 8/23/04 | | X | X | X |
| 156 | C | 30 | Johnny Johnson | Emperor penguins (Aptenodytes forsteri) travel | 1s286587 | Scholastic News, 1/e, Jan 2004 issue, PE & TE, and Scholastic News 1/e, Big Book, Jan 2004 issue, PE & TE; 2004 | Scholastic, Inc. | 8939 | 8/23/04 | | X | X | X |
| 157 | C | 31 | Johnny Johnson | Emperor penguins (Aptenodytes forsteri) travel | 1s286587 | Scholastic News, 1/e, Jan 2004 issue, PE & TE, and Scholastic News 1/e, Big Book, Jan 2004 issue, PE & TE; 2004 | Scholastic, Inc. | 8939 | 8/23/04 | | X | X | X |
| 158 | C | 32 | Johnny Johnson | Emperor penguins (Aptenodytes forsteri) travel | 1s286587 | Scholastic News, 1/e, Jan 2004 issue, PE & TE, and Scholastic News 1/e, Big Book, Jan 2004 issue, PE & TE; 2004 | Scholastic, Inc. | 8939 | 8/23/04 | | X | X | X |
| 159 | C | 33 | Johnny Johnson | Rockhopper penguins in January | 1s236049 | Scholastic News, 2/e, Jan 2004 issue, PE & TE; 2004 | Scholastic, Inc. | 8940 | 8/23/04 | | X | X | X |
| 160 | C | 34 | Johnny Johnson | Rockhopper penguins in January | 1s236049 | Scholastic News, 2/e, Jan 2004 issue, PE & TE; 2004 | Scholastic, Inc. | 8940 | 8/23/04 | | X | X | X |
| 161 | C | 35 | Johnny Johnson | Snowfall – early winter | 1s233052 | Storms, PE; 2004 | Scholastic, Inc. | 8943 | 8/24/04 | | X | X | X |
| 162 | C | 36 | Johnny Johnson | Rockhopper penguins in January | 1s236049 | Non Fiction Passages; 2005 | Scholastic, Inc. | 9258 | 10/31/05 | | X | X | X |
| 163 | D | 1 | Daniel Krasemann | King cobra eating rat snake | 1s846729 | Guinness World Records: Dangerous Creature Records; 2005 | Scholastic, Inc. | 9233 | 10/27/05 | | X | X | X |
| 164 | D | 2 | Daniel Krasemann | King cobra eating rat snake | 1s846729 | Guinness World Records: Astonishing Animals; 2005 | Scholastic, Inc. | 9234 | 10/27/05 | | X | X | X |
| 165 | D | 3 | Daniel Krasemann | King cobra eating rat snake | 1s846729 | Guinness World Records: Incredible Collection; 2006 | Scholastic, Inc. | 9386 | 6/21/06 | | X | X | X |
| 166 | D | 4 | Daniel Krasemann | King cobra eating rat snake | 1s846729 | Guinness World Records: Astonishing Animals; 2005 | Scholastic, Inc. | 9455 | 10/24/06 | | X | X | X |